IH-32  Rev: 2014-1

# United States District Court
for the
## Southern District of New York
Related Case Statement

### Full Caption of Later Filed Case:

Christopher DePaoli, Individually and on Behalf of All Others Similarly Situated

Plaintiff

vs.

The London Gold Market Fixing Ltd, et al.

Defendant

Case Number: 14 CV 2124

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Kevin Maher, on behalf of himself and all others similarly situated

Plaintiff

vs.

Bank of Nova Scotia, et al.

Defendant

Case Number: 1:14-cv-01459-VEC

Page 1

IH-32                                                                                                   Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open  (If so, set forth procedural status and summarize any court rulings.)

The Maher complaint was filed on March 3, 2014. On March 25, 2014, the Court set an Initial Pretrial Conference for May 5, 2014 before Judge Valerie E. Caproni. No other court rulings or procedural steps have been taken as of March 26, 2014.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both complaints are based on the same underlying facts and alleged conspiracy among defendant banks to manipulate and fix The London Gold Market Fixing, Ltd. "gold fix" benchmark rate for the purpose of manipulating and fixing prices of physical gold and gold derivatives, including those traded on the COMEX.

Signature: _____  Date: 3/26/2014

Firm: The Brualdi Law Firm, P.C.